| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GERMAN ARIAS-DIAZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0411 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERENCE; ORDER THEREON |
| v. | ) | |
| | ) | Date: April 26, 2010 |
| GERMAN ARIAS-DIAZ, *et al.* | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kevin P. Rooney, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant German Arias-Diaz, and Joan Jacobs Levie, Counsel for Osvaldo Arias-Diaz, and Jon K. Renge, Counsel for Jose Arias-Diaz, that the status conference currently set for March 22, 2010 at 9:00 a.m. **may be continued to April 26, 2010, at 9:00 a.m.**

This stipulation is entered into at the defendant's request because additional time is needed for plea negotiations. Assistant United States Attorney, Kevin P. Rooney, does not oppose this continuance.

This continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: March 18, 2010                     By: /s/ *Kevin P. Rooney*
                                                      KEVIN P. ROONEY
                                                      Assistant United States Attorney
                                                      Counsel for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: March 18, 2010                     By: /s/ *Victor M. Chavez*
                                                      VICTOR M. CHAVEZ
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      German Arias-Diaz

DATED: March 18, 2010                     By: /s/ *Joan Jacobs Levie*
                                                      JOAN JACOBS LEVIE
                                                      Law Offices of Joan Jacobs Levie
                                                      Attorney for Defendant
                                                      Osvaldo Arias-Diaz

DATED: March 18, 2010                     By: /s/ *Jon K. Renge*
                                                      JON K. RENGE
                                                      Law Office of Jon K. Renge
                                                      Attorney for Defendant
                                                      Jose Arias-Diaz

**ORDER**

IT IS SO ORDERED.

**Dated:   March 19, 2010**                     **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE