FILED

OCT 14 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-411 AWI |
| Plaintiff, ) | ORDER RE CONFERENCE FOR DEFENDANTS |
| v. ) | |
| GERMAN ARIAS-DIAZ, OSVALDO ARIAS-DIAZ, and JOSE ARIAS-DIAZ ) | |
| Defendants. ) | |

On October 12, 2010, defendants requested the court to authorize a conference for defendants and their respective counsel. Counsel for defendants represented that under the unique circumstances of this case, where the defendants are brothers, where one defendant is out of custody and two defendants are in custody, and where there are no other alternative means to afford full communication amongst the defendants regarding the possible resolution of the case, a face to face conference was essential. The government concurred in this request.

The court recognizes the limited resources available to the United States Marshal to set up and to supervise this conference, and the security issues involved in a face to face meeting between in custody and out of custody co-defendants. However, the court is satisfied by the representations made by all counsel in this case as officers of the court, that such a conference is essential for the possible resolution of the case.

| | |
|---|---|
| 1 | THEREFORE, IT IS ORDERED that the United States Marshal set up and supervise |
| 2 | a face to face conference for defendants and their respective counsel.  This conference shall |
| 3 | be at a time and place designated by the United States Marshal under such terms and |
| 4 | conditions as required by the United States Marshal to ensure that adequate security is |
| 5 | maintained. |
| 6 | IT IS SO ORDERED. |

DATED: October 19, 2010

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE