# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____A. JESSEN_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. |
| Osvaldo Arias-Diaz | ) | 1:09-cr-00411 AWI-2 |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Osvaldo Arias-Diaz__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's condition regarding electronic monitoring, including curfew: Participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m. As directed by the Pretrial Services Officer. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

___Osvaldo M. Arias___  ___11-22-10___        ___Jacob Scott___  ___11/22/10___
Signature of Defendant    Date                  Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____   ___11/22/10___
Signature of Assistant United States Attorney                Date
Kevin Rooney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   ___11/22/10___
Signature of Defense Counsel                Date
Joan Levie

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  ___11/22/10___
[ ] The above modification of conditions of release is *not* ordered.

_____   ___11/22/10___
Signature of Judicial Officer                Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services