JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, Osvaldo Martin Arias-Diaz



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 09-411 AWI |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| OSVALDO MARTIN ARIAS-DIAZ | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kevin Rooney, and counsel for defendant, OSVALDO ARIAS-DIAZ, Joan Jacobs Levie, that the date established by the court for the sentencing hearing, currently scheduled for May 9, 2011 at 9:00 a.m. in the courtroom of the Hon. Anthony W. Ishii, be continued until May 23, 2011 at 9:00 a.m. in the courtroom of the Hon. Anthony W. Ishii.

The parties stipulate that the continuance is necessary because counsel for defendant has not received a copy of the draft PSR due to failure of timely mail delivery. Counsel will be unavailable during the week of April 11, 2011 through April 15, 2011 to review the draft PSR with the defendant, thus reducing the time needed for informal objections and corrections.

DATED: April 6, 2011

JOAN JACOBS LEVIE,
Attorney for Defendant
OSVALDO MARTIN ARIAS-DIAZ

1

DATED: April 6, 2011          /s/ Kevin Rooney
                                         KEVIN ROONEY
                                         Assistant U.S. Attorney

## ORDER

FOR GOOD CAUSE APPEARING:

IT IS ORDERED that the sentencing hearing in the above-entitled matter is continued to May 23, 2001 at 9:00 A.M.

Dated: 4-11-11          By /s/ Anthony W. Ishii
                                       ANTHONY W. ISHII
                                       Judge of the United States District Court