JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

FILED
JUL 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for Defendant, OSVALDO ARIAS-DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-0411 AWI |
| Plaintiff, | AMENDED MOTION FOR EXONERATION OF CASH BOND; ORDER |
| vs. | |
| OSVALDO ARIAS-DIAZ, | |
| Defendant. | |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, OSVALDO ARIAS-DIAZ, by and through his counsel of record, Joan Jacobs Levie, hereby moves this court for an order exonerating the $15,000.00 cash bond posted in the above-captioned case.

On or about March 2, 2010, this court ordered Mr. Arias-Diaz released from custody under conditions of pretrial services supervision, upon procurement of a cash bond of $15,000.00 payable to the court on the same day by his wife, Rosa Arias. He has now reported to custody of the BOP and requests the court to exonerate the cash bond in favor of Ms. Arias.

He requests the check be made payable to and sent to Ms. Arias at 538 W. Fourth St., Stockton, CA 95206 for appropriate handling.

DATED: July 27, 2011        Respectfully submitted,

/Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
OSVALDO ARIAS-DIAZ

-1-

## ORDER

IT IS HEREBY ORDERED that the $15,000.00 cash bond in the above-captioned case be exonerated and reconveyed to Rosa Arias, 538 W. Fourth St., Stockton, CA 95206.

Dated: July 29, 2011    By: /s/ Anthony W. Ishii
ANTHONY W. ISHII
Judge of the United States District Court